IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH VERNON,

    Petitioner,                 No. CIV S-08-1499 EFB P

    vs.

ANTHONY LAMARQUE,

    Respondent.               <u>ORDER TO SHOW CAUSE</u>

_____/

       Petitioner is a state prisoner with counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On September 12, 2000, petitioner commenced this action in the United States District Court for the Northern District of California. On June 12, 2008, U.S. District Judge Claudia Wilken issued an order transferring the case to this district. In the transfer order, the court also denied respondent's motion to vacate the court's May 2, 2008 order, which required respondent to file, within 120 days, either an answer or a motion to dismiss petitioner's second amended petition.

       The 120-day period has long since passed and respondent has not filed an answer or a motion to dismiss. Accordingly, it is hereby ORDERED that, within fifteen days from the date

////

////

1

of this order, respondent shall file and serve an answer to the second amended petition for writ of habeas corpus or a motion to dismiss, and shall show cause in writing why sanctions should not be imposed for the failure to timely file an answer or motion to dismiss.[1]

Dated: March 5, 2009.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Curiously, although petitioner is represented by counsel, the court issues this order *sua sponte*.