IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH VERNON,

    Petitioner,      No. CIV S-08-1499 MCE EFB P

    vs.

ANTHONY LAMARQUE,

    Respondent.      <u>ORDER</u>

_____/

    Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus. *See* 28 U.S.C. § 2254. On March 5, 2009, when counsel for respondent failed to timely file an answer or motion to dismiss, the court issued an order to show cause why sanctions should not issue. On March 20, 2009, respondent's counsel filed a motion to dismiss, as well as a response to the order to show cause.

    Good cause appearing, the court's March 5, 2009, order to show cause is discharged.

Dated: April 22, 2009.

                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE